**EXHIBIT 1**





# EXHIBIT 2

Search Results (Detail)

**Search :** New Search

Print | Close

**SHIPPER**
SHENZHEN ZEYA INDUSTRY CO.,LTD.
13H/F JINFENG BLDG.SHANGBU ROAD
SHENZHEN CHINA

**CONSIGNEE**
INTERNATIONAL TECHNOLOGY GROUP INC.
60 BRIAR HILL ROAD,ORCHARD PARK,
NY 14127,USA

**NOTIFY PARTIES**
INTERNATIONAL TECHNOLOGY GROUP INC.
60 BRIAR HILL ROAD,ORCHARD PARK,
NY 14127,USA

**PACKAGING INFORMATION**

**Weight(kg) :** 14,400.18 kg
**Quantity :** 80 PLTS
**Measure :** 0
**TEUS :** 0.70

**SHIPMENT DETAIL**

**Carrier :** CHINA OCEAN SHIPPING
**SCAC :** COSU
**Vessel :** XI BO HE
**Voyage :** 064E
**B/L :** COSUH19237330
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 9139048
**Inbond Code :**
**Estimated Value :** $106,953.71

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 2709 LONG BEACH
**For Port :** 57017 HSINKANG
**US Dest :** LONG BEACH
**For Dest :**
**Mode of Transport :** 11
**Arrival Date :** 06/03/2004

**AMS COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| CBHU0999936 | 80 | • MAGNESIUM DESULFURIZATION REAGENT MG90 MAGNES IUM:90%MAX ALIM |

**MARKS & NUMBERS**

| Container | Marks & Numbers |
|---|---|
| CBHU0999936 | • MAGNESIUM<br>• DESULFURIZATION<br>• REAGENT,MG90<br>• MG:90%MAX<br>• AL:10%MIN<br>• IMDG CLASS:4.3<br>• UN NO:1418 |

**PIERS COMMODITIES**

**QTY :** 80
**Units :** PLT
**Commodity Description :** MAGNESIUM DESULFURIZATION REAGENT
**Harm Code :** 285100
**JOC Code :** 4193800

Search Results (Detail)

**Search :** New Search

Print Close

**SHIPPER**
SHENZHEN ZEYA INDUSTRY CO.,LTD.
13H/T JINFENG BLDG,SHANGBU ROAD,
SHENZHEN CHINA
.

**CONSIGNEE**
INTERNATIONAL TECHNOLOGY GROUP INC.
60 BRIAR HILL ROAD,ORCHARD PARK,
NY 14127 U.S.A.
.

**NOTIFY PARTIES**
INTERNATIONAL TECHNOLOGY GROUP INC.
60 BRIAR HILL ROAD,ORCHARD PARK,
NY 14127 U.S.A.
.

**PACKAGING INFORMATION**

**Weight(kg) :** 22,000.00 kg
**Quantity :** 118 PLTS
**Measure :** 0
**TEUS :** 2.10

**SHIPMENT DETAIL**

**Carrier :** CHINA OCEAN SHIPPING
**SCAC :** COSU
**Vessel :** XI BO HE
**Voyage :** 065E
**B/L :** COSUH19242410
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 9139048
**Inbond Code :**
**Estimated Value :** $163,399.45

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 2709 LONG BEACH
**For Port :** 57017 HSINKANG
**US Dest :** LONG BEACH
**For Dest :**
**Mode of Transport :** 11
**Arrival Date :** 07/07/2004

**AMS COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| CBHU1668629 | 118 | • MAGNESIUM DESULFURIZATION REAGENT MAGNESIUM:90% MAX ALIMINUM |

**MARKS & NUMBERS**

**Container**
CBHU1668629

**Marks & Numbers**
- MAGNESIUM
- DESULFURIZATION
- REAGENT,MG90
- MG:90%MAX
- AL:10%MIN
- IMDG CLASS:4.3
- UN NO:1418

**PIERS COMMODITIES**

**QTY :** 118
**Units :** PLT
**Commodity Description :** MAGNESIUM DESULFURIZATION REAGENT
**Harm Code :** 285100
**JOC Code :** 6285520

Search Results (Detail)

**Search :** New Search

Print Close

## SHIPPER

SHENZHEN ZEYA INDUSTRY CO.,LTD.
13 H/F JINGENG BLDG,SHANGBU ROAD,
SHENZHEN ,CHINA
.

## CONSIGNEE

INTERNATIONAL TRCHNOLOGY GROUP INC
60 BRIAR HILI ROAD,ORCHARD PARK,
NY 14127 USA
.

## NOTIFY PARTIES

INTERNATIONAL TRCHNOLOGY GROUP INC
60 BRIAR HILI ROAD,ORCHARD PARK,
NY 14127 USA
.

## PACKAGING INFORMATION

**Weight(kg) :** 15,910.16 kg
**Quantity :** 80 PLTS

**Measure :** 0
**TEUS :** 0.80

## SHIPMENT DETAIL

**Carrier :** CHINA OCEAN SHIPPING
**SCAC :** COSU
**Vessel :** BU YI HE
**Voyage :** 057E
**B/L :** COSUH19272460
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 9139000
**Inbond Code :**
**Estimated Value :** $118,168.72

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 2709 LONG BEACH
**For Port :** 57017 HSINKANG
**US Dest :** LONG BEACH
**For Dest :**
**Mode of Transport :** 11
**Arrival Date :** 08/26/2004

## AMS COMMODITIES

| Container | Qty | Commodity Description |
|---|---|---|
| UXXU2395309 | 80 | • MAGNESIUM DESULFURIZATION REAGENT MAGNESIUM:90%MAX ALIMINUM: |

## MARKS & NUMBERS

**Container**
UXXU2395309

**Marks & Numbers**
- MAGNESIUM
- DESULFURIZATION
- REAGENT,MG90
- MG:90%MAX
- AL:10%MIN
- IMDG CLASS:4.3
- UN NO:1418

## PIERS COMMODITIES

**QTY :** 80
**Units :** PLT
**Commodity Description :** MAGNESIUM DESULFURIZATION REAGENT
**Harm Code :** 285100
**JOC Code :** 4193800

Search Results (Detail)

**Search :** New Search

Print Close

**SHIPPER**
ZHENGZHOU PINGYUAN ABRASIVES CO.,LTD. ZHANGCHANG INDUSTRY ZONE, XING YANG,HENAN CHINA
TEL:0371 4905121

**CONSIGNEE**
INTERNATIONAL TECHNOLOGY GROUP INC
60 BRIAR HILL ROAD,ORCHARD PARK
NY 14127 USE
TEL:1 716 667 2413

**NOTIFY PARTIES**
INTERNATIONAL TECHNOLOGY GROUP INC
60 BRIAR HILL ROAD,ORCHARD PARK
NY 14127 USE
TEL:1 716 667 2413

**PACKAGING INFORMATION**

**Weight(kg) :** 20,150.18 kg
**Quantity :** 112 PA
**Measure :** 0
**TEUS :** 1.80

**SHIPMENT DETAIL**

**Carrier :** HYUNDAI
**SCAC :** HDMU
**Vessel :** HYUNDAI CHALLENGER
**Voyage :** 0505E
**B/L :** HDMUXGWB2702279A
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 8417948
**Inbond Code :**
**Estimated Value :** $39,100.00

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 2709 LONG BEACH
**For Port :** 57017 HSINKANG
**US Dest :** LONG BEACH
**For Dest :**
**Mode of Transport :** 10
**Arrival Date :** 10/10/2004

**AMS COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| HDMU4592126 | 112 | • 112 METAL PAILS OF MAGESIUM DESULFURIZATION REAGENT MAGNESIUM:90% MAX ALIMINUM:10% MIN EMERGENCY PHONE:310 419 7550 D.G.(CLASS:4.3/UN NO.:1418) PKG:II EMS NO:F-G,S-O ATTN:WILLIAM BILL ATTENTION FREIGHT PREPAID |

**MARKS & NUMBERS**

**Container**
HDMU4592126

**Marks & Numbers**
- MAGNESIUM
- DESULFUIZATION
- REAGENT,MG 90
- MG:90% MAX
- AL:10% MIN
- IMDG CALSS:4.3
- UN NO:1418

**PIERS COMMODITIES**

**QTY :** 112
**Units :** PCS
**Commodity Description :** MAGESIUM DESULFURIZATION REAGENT
**Harm Code :** 382390

Search Results (Detail)

**Search :** New Search

Print Close

## SHIPPER
SHENZHEN ZEYA INDUSTRY CO.,LTD.
13 H/F JINFENG BLDG,SHANGBU ROAD
SHENZHEN CHINA
TEL:0755 82077235

## CONSIGNEE
INTERNATIONAL TECHNOLOGH GROUP INC.
60 BRIAR HILL ROAD,ORCHARD PARK
NY 14127 USA
TEL:1 716 667 2413

## NOTIFY PARTIES
INTERNATIONAL TECHNOLOGH GROUP INC.
60 BRIAR HILL ROAD,ORCHARD PARK
NY 14127 USA
TEL:1 716 667 2413

## PACKAGING INFORMATION
**Weight(kg) :** 20,299.91 kg
**Quantity :** 116 PA

**Measure :** 0
**TEUS :** 2.00

## SHIPMENT DETAIL
**Carrier :** HYUNDAI
**SCAC :** HDMU
**Vessel :** HYUNDAI PIONEER
**Voyage :** 0505E
**B/L :** HDMUXGWB2702405A
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 8511328
**Inbond Code :**
**Estimated Value :** $31,213.90

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 3002 TACOMA
**For Port :** 57017 HSINKANG
**US Dest :** TACOMA
**For Dest :**
**Mode of Transport :** 10
**Arrival Date :** 10/27/2004

## AMS COMMODITIES

| Container | Qty | Commodity Description |
|---|---|---|
| HDMU4087850 | 116 | • 116METAL PAILS OF MAGNESIUM ALLOYS,POWDER (MAGESIUM DESULFURIZATION REAGENT) MAGNESIUM:90%MAX ALIMINUM:10%MIN IMDG CLASS:4.3 UN NO:1418 PKG:II EMERGENCY PHONE#:310 419 7550 INTERNATIONAL TECHNOLOGY GROUP INC. TEL:1 716 667 2413 ATTN:WILLIAM BILL FREIGHT PREPAID |

## MARKS & NUMBERS

**Container**
HDMU4087850

**Marks & Numbers**
- MAGNESIUM
- DESULFURIZATION
- REAGENT,MG90
- MG:90% MAX
- AL:10% MIN
- IMDG CLASS:4.3

## PIERS COMMODITIES
**QTY :** 116
**Units :** PLS
**Commodity Description :** MAGNESIUM ALLOYS
**Harm Code :** 810419

Search Results (Detail)

**Search :** New Search

Print | Close

**SHIPPER**
TANGSHAN WEIHAO MAGNESIUM POWDER CO.,LTD.
DACUIZHUANG TOWN,QIAN AN CITY, HEBEI CHINA

**CONSIGNEE**
INTERNATIONAL TECHNOLOGY GROUP INC.
60 BRIAR HILL ROAD,ORCHARD PARK
NY 14127 USA

**NOTIFY PARTIES**
INTERNATIONAL TECHNOLOGY GROUP INC.
60 BRIAR HILL ROAD,ORCHARD PARK
NY 14127 USA

**PACKAGING INFORMATION**

**Weight(kg) :** 19,900.18 kg
**Quantity :** 104 DRUMS
**Measure :** 0
**TEUS :** 1.90

**SHIPMENT DETAIL**

**Carrier :** CHINA OCEAN SHIPPING
**SCAC :** COSU
**Vessel :** NA XI HE
**Voyage :** 072E
**B/L :** COSUH19285020
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 9139024
**Inbond Code :**
**Estimated Value :** $145,475.80

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 2709 LONG BEACH
**For Port :** 57017 HSINKANG
**US Dest :** LONG BEACH
**For Dest :**
**Mode of Transport :** 11
**Arrival Date :** 11/18/2004

**AMS COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| CBHU1680434 | 104 | • MAGNESIUM DESULFURIZATION REAGENT MAGNESIUM:9 0%MAX ALIMINU:1 |

**MARKS & NUMBERS**

| Container | Marks & Numbers |
|---|---|
| CBHU1680434 | • MAGNESIUM<br>• DESULFURIZATION<br>• REAGENT,MG90<br>• MG:90% MAX<br>• AL:10% MIN<br>• IMDG CLASS:4.3<br>• UN NO:1418 |

**PIERS COMMODITIES**

**QTY :** 104
**Units :** DRS
**Commodity Description :** MAGNESIUM DESULFURIZATION
**Harm Code :** 810419
**JOC Code :** 6285520

Search Results (Detail)

**Search :** New Search

Print Close

## SHIPPER

TANGSHAN WEIHAO MAGNESIUM POWDER CO.,LTD.DACUIZHUANG TOWN QIAN"AN CITY HEBEI CHINA
TEL:86 315 7970233

## CONSIGNEE

INTERNATIONAL TECHNOLOGY GROUP INC
60 BRLAR HILL ROAD ORCHARD PARK
NY 14127 USD
TEL:1 716 667 2413

## NOTIFY PARTIES

INTERNATIONAL TECHNOLOGY GROUP INC
60 BRLAR HILL ROAD ORCHARD PARK
NY 14127 USD
TEL:1 716 667 2413

## PACKAGING INFORMATION

**Weight(kg) :** 19,900.18 kg
**Quantity :** 104 DRUMS
**Measure :** 0
**TEUS :** 1.20

## SHIPMENT DETAIL

**Carrier :** HYUNDAI
**SCAC :** HDMU
**Vessel :** HYUNDAI FRONTIER
**Voyage :** 0506E
**B/L :** HDMUXGWB0205537A
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 8511304
**Inbond Code :**
**Estimated Value :** $141,152.00

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 3002 TACOMA
**For Port :** 57017 HSINKANG
**US Dest :** TACOMA
**For Dest :**
**Mode of Transport :** 10
**Arrival Date :** 11/24/2004

## AMS COMMODITIES

| Container | Qty | Commodity Description |
|---|---|---|
| HDMU4334461 | 104 | • 104DRUMS MAGNESIUM DESULFURIZATION REAGENT MAGNESIUM:90% MAX ALUMINUM:10% MIN EMERGENCY PHONE:310-419-7550 IMDG CLASS:4.3 UN NO.:1418 PKG:II INTERNATIONAL TECHNOLOGY GROUP INC TEL:1-716-667-2413 ATTN:WILLIAM BILL FREIGHT PREPAID |

## MARKS & NUMBERS

**Container**
HDMU4334461

**Marks & Numbers**
- MAGNESIUM
- DESULFURIZATION
- REAGENT,MG90
- MG:90% MAX
- AL:10% MIN
- IMDG CLASS:4.3

## PIERS COMMODITIES

**QTY :** 104
**Units :** DRS
**Commodity Description :** DESULFURIZATION REAGENT
**Harm Code :** 285100
**JOC Code :** 4230094

Search Results (Detail)

**Search :** New Search

Print Close

## SHIPPER
TANGSHAN WEIHAO MAGNESIUM POWDER CO.,LTD.DACUIZHUANG TOWN QIAN"AN CITY HEBEI CHINA
TEL:86 315 7970233

## CONSIGNEE
INTERNATIONAL TECHNOLOGY GROUP INC
60 BRLAR HILL ROAD ORCHARD PARK
NY 14127 USD
TEL:1 716 667 2413

## NOTIFY PARTIES
INTERNATIONAL TECHNOLOGY GROUP INC
60 BRLAR HILL ROAD ORCHARD PARK
NY 14127 USD
TEL:1 716 667 2413

## PACKAGING INFORMATION
**Weight(kg) :** 16,500.00 kg
**Quantity :** 80 DRUMS
**Measure :** 0
**TEUS :** 0.80

## SHIPMENT DETAIL
**Carrier :** HYUNDAI
**SCAC :** HDMU
**Vessel :** HYUNDAI FRONTIER
**Voyage :** 0506E
**B/L :** HDMUXGWB0205555A
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 8511304
**Inbond Code :**
**Estimated Value :** $31,606.54

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 3002 TACOMA
**For Port :** 57017 HSINKANG
**US Dest :** TACOMA
**For Dest :**
**Mode of Transport :** 10
**Arrival Date :** 11/24/2004

## AMS COMMODITIES
| Container | Qty | Commodity Description |
|---|---|---|
| HDMU2996957 | 80 | • SHIPPER"S LOAD,COUNT SEAL 80DRUMS MAGNESIUM DESULFURIZATION REAGENT MAGNESIUM:90% MAX ALUMINUM:10% MIN EMERGENCY PHONE:310-419-7550 IMDG CLASS:4.3 UN NO.:1418 PKG:II FREIGHT PREPAID |

## MARKS & NUMBERS
**Container**
HDMU2996957

**Marks & Numbers**
- MAGNESIUM
- DESULFURIZATION
- REAGENT,MG90
- MG:90% MAX
- AL:10% MIN
- IMDG CLASS:4.3

## PIERS COMMODITIES
**QTY :** 80
**Units :** DRS
**Commodity Description :** MAGNESIUM DESULFURIZATION REAGENT 4
**Harm Code :** 810430
**JOC Code :** 4193800

Search Results (Detail)

**Search :** New Search

Print Close

## SHIPPER
HEBI GRAND MAGNESIUM CO,LTD
NANHUAN ROAD DONGLING HEBI CITY
HENAN PROVINCE CHINA 458000
TEL:0392 3326302

## CONSIGNEE
INTERNATIONAL TECHNOLOGY GROUP INC
60 BRIAR HILL ROAD,ORCHARD PARK
NY 14127 USD
TEL:1 716 667 2413

## NOTIFY PARTIES
INTERNATIONAL TECHNOLOGY GROUP INC
60 BRIAR HILL ROAD,ORCHARD PARK
NY 14127 USD
TEL:1 716 667 2413

## PACKAGING INFORMATION
**Weight(kg) :** 17,500.00 kg
**Quantity :** 80 DRUMS
**Measure :** 0
**TEUS :** 1.00

## SHIPMENT DETAIL
**Carrier :** HYUNDAI
**SCAC :** HDMU
**Vessel :** HYUNDAI PIONEER
**Voyage :** 0506E
**B/L :** HDMUXGWB0205589A
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 8511328
**Inbond Code :**
**Estimated Value :** $124,128.00

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 3002 TACOMA
**For Port :** 57017 HSINKANG
**US Dest :** TACOMA
**For Dest :**
**Mode of Transport :** 10
**Arrival Date :** 12/01/2004

## AMS COMMODITIES

| Container | Qty | Commodity Description |
|---|---|---|
| GATU0161560 | 80 | • SHIPPER"S LOAD,COUNT SEAL 80 DRUMS MAGNESIUM DESULFURIZATION REAGENT MAGNESIUM:90% MAX ALUMINUM:10% MIN IMDG CLASS:4.3 UN NO.:1418 PKG:II EMERGENCY PHONE#:310-419-7550 INTERNATIONAL TECHNOLOGY GROUP INC. TEL:1-716-667-2413 ATTN:WILLIAM BILL FREIGHT PREPAID |

## MARKS & NUMBERS

**Container**
GATU0161560

**Marks & Numbers**
- DRUM#:
- SIZE:80 200/F
- NET WEIGHT:
- MAGNESIUM
- REAGENT
- MG90

## PIERS COMMODITIES
**QTY :** 80
**Units :** DRS
**Commodity Description :** MAGNESIUM DESULFURIZATION REAGENT
**Harm Code :** 285100

Search Results (Detail)

**Search :** New Search

Print Close

## SHIPPER
HEBI GRAND MAGNESIUM CO.LTD.
NANHUAN ROAD DONGLING HEBEI CITY
HANAN PROVINCE CHINA 458000
TEL:0392 3326302

## CONSIGNEE
INTERNATIONAL TECHNOLOGY
GROUP
INC.60 BRIAR HILL
ROAD,ORCHARO
PARK NY 14127 USD
TEL:1 716 667 2413

## NOTIFY PARTIES
INTERNATIONAL TECHNOLOGY GROUP
INC.60 BRIAR HILL ROAD,ORCHARO
PARK NY 14127 USD
TEL:1 716 667 2413

## PACKAGING INFORMATION

**Weight(kg) :** 35,000.00 kg
**Quantity :** 160 DRUMS
**Measure :** 0
**TEUS :** 1.80

## SHIPMENT DETAIL

**Carrier :** HYUNDAI
**SCAC :** HDMU
**Vessel :** HYUNDAI KINGDOM
**Voyage :** 0040E
**B/L :** HDMUXGWB0205590A
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 9215828
**Inbond Code :**
**Estimated Value :** $255,859.63

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 2709 LONG BEACH
**For Port :** 58023 BUSAN
**US Dest :** LONG BEACH
**For Dest :**
**Mode of Transport :** 10
**Arrival Date :** 12/11/2004

## AMS COMMODITIES

| Container | Qty | Commodity Description |
|---|---|---|
| HDMU2069409 | 80 | • SHIPPER"S LOAD,COUNT SEAL 160DRUMS MAGNESIUM DESULFURIZATION REAGENT MAGNESIUM:90% MAX ALUMINUM:10% MIN EMERGENCY PHONE:310-419-7550 IMDG CLASS:4.3 UN NO.:1418 PKG:II FREIGHT PREPAID |
| HDMU2218884 | 80 | • SHIPPER"S LOAD,COUNT SEAL 160DRUMS MAGNESIUM DESULFURIZATION REAGENT MAGNESIUM:90% MAX ALUMINUM:10% MIN EMERGENCY PHONE:310-419-7550 IMDG CLASS:4.3 UN NO.:1418 PKG:II FREIGHT PREPAID |

## MARKS & NUMBERS

| Container | Marks & Numbers |
|---|---|
| HDMU2069409 | • DRUM#: • SIZE:80-200/F • NET WEIGHT: • MAGNESIUM • REAGENT • MG90 |
| HDMU2218884 | • DRUM#: • SIZE:80-200/F • NET WEIGHT: • MAGNESIUM • REAGENT |

Search Results (Detail)

**Search :** New Search

Print Close

**SHIPPER**
TANGSHAN WEIHAO MAGNESIUM POWDER CO.,LTD.DACUIZHUANG TOWN QIAN"AN CITY,HEBEI CHINA
TEL:86 315 7970233

**CONSIGNEE**
INTERNATIONAL TECHNOLOGY GROUP
INC.60 BRIAR HILL ROAD,ORCHARD PARK
NY 14127 USD
TEL:1 716 667 2413

**NOTIFY PARTIES**
INTERNATIONAL TECHNOLOGY GROUP
INC.60 BRIAR HILL ROAD,ORCHARD PARK
NY 14127 USD
TEL:1 716 667 2413

**PACKAGING INFORMATION**

**Weight(kg) :** 17,500.00 kg
**Quantity :** 80 DRUMS
**Measure :** 0
**TEUS :** 1.00

**SHIPMENT DETAIL**

**Carrier :** HYUNDAI
**SCAC :** HDMU
**Vessel :** HYUNDAI CHALLENGER
**Voyage :** 0507E
**B/L :** HDMUXGWB0205636A
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 8417948
**Inbond Code :**
**Estimated Value :** $124,128.00

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 3002 TACOMA
**For Port :** 57017 HSINKANG
**US Dest :** TACOMA
**For Dest :**
**Mode of Transport :** 10
**Arrival Date :** 12/16/2004

**AMS COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| HDMU2149248 | 80 | • SHIPPER"S LOAD,COUNT SEAL 80 DRUMS MAGNESIUM DESULFURIZATION REAGENT MAGNESIUM:90% MAX ALUMINUM:10% MIN EMERGENCY PHONE:310-419-7550 IMDG CLASS:4.3 UN NO.:1418 PKG:II FREIGHT PREPAID |

**MARKS & NUMBERS**

| Container | Marks & Numbers |
|---|---|
| HDMU2149248 | • MAGNESIUM<br>• DESULFURIZATION<br>• REAGENT,MG90<br>• MG:90% MAX<br>• AL:10% MIN<br>• IMDG CLASS:4.3 |

**PIERS COMMODITIES**

**QTY :** 80
**Units :** DRS
**Commodity Description :** MAGNESIUM DESULFURIZATION REAGENT
**Harm Code :** 285100
**JOC Code :** 4230094

Search Results (Detail)

**Search :** New Search

Print Close

## SHIPPER
TANGSHAN WEIHAO MAGNESIUM POWDER CO.,LTD.DACUIZHUANG TOWN QIAN"AN CITY HEBEI CHINA TEL:86 315 7970233 ROAD,HEPING DISTRICT,TIANJIN,CHINA

## CONSIGNEE
INTERNATIONAL TECHNOLOGY GROUP INC
60 BRIAR HILL ROAD ORCHARD PARK
NY 14127 USD
TEL:1 716 667 2413

## NOTIFY PARTIES
INTERNATIONAL TECHNOLOGY GROUP INC
60 BRIAR HILL ROAD ORCHARD PARK
NY 14127 USD
TEL:1 716 667 2413

## PACKAGING INFORMATION

**Weight(kg) :** 11,000.00 kg
**Quantity :** 44 DRUMS
**Measure :** 0
**TEUS :** 1.00

## SHIPMENT DETAIL

**Carrier :** HYUNDAI
**SCAC :** HDMU
**Vessel :** HYUNDAI DOMINION
**Voyage :** 0039E
**B/L :** HDMUXGWB0206338A
**Pre Carrier :** HSINKANG, CHINA
**Lloyd's Code :** 9215854
**Inbond Code :**
**Estimated Value :** $80,413.03

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 2709 LONG BEACH
**For Port :** 58023 BUSAN
**US Dest :** LONG BEACH
**For Dest :**
**Mode of Transport :** 10
**Arrival Date :** 01/27/2005

## AMS COMMODITIES

| Container | Qty | Commodity Description |
|---|---|---|
| HDMU2052582 | 44 | • SHIPPER"S LOAD,COUNT SEAL 44DRUMS MAGNESIUM ALLOYS,POWDER (MAGNESIUM DESULFURIZATION REAGENT) MAGNESIUM:90%MAX ALUMINUM:10% MIN IMDG CLASS:4.3 UN NO.:1418 PKG:II EMERGENCY PHONE:310 419 7550 INTERNATIONAL TECHNOLOGY GROUP INC. TEL:1 716 667 2413 ATTN:WILLIAM BILL FREIGHT PREPAID |

## MARKS & NUMBERS

**Container**
HDMU2052582

**Marks & Numbers**
- MAGNESIUM
- DESULFURIZATION
- REAGENT,MG 90
- MG:90% MAX
- AL10% MIN
- IMDG CLASS:4.3

## PIERS COMMODITIES

**QTY :** 44
**Units :** DRS
**Commodity Description :** MAGNESIUM ALLOYS
**Harm Code :** 810419

Search Results (Detail)

**Search :** New Search

Print Close

**SHIPPER**

**CONSIGNEE**

**NOTIFY PARTIES**

**PACKAGING INFORMATION**

**Weight(kg) :** 15,559.89 kg
**Quantity :** 80 DRUMS

**Measure :** 20 CM
**TEUS :** 1.00

**SHIPMENT DETAIL**

**Carrier :** LLOYD TRIESTINO
**SCAC :** LTNV
**Vessel :** ZEUS II
**Voyage :** 0111E
**B/L :** LTNV860401059159
**Pre Carrier :** TSINGTAO, CHINA
**Lloyd's Code :** 8204535
**Inbond Code :**
**Estimated Value :** $44,133.00

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 3002 TACOMA
**For Port :** 58023 BUSAN
**US Dest :** CHICAGO
**For Dest :**
**Mode of Transport :** 10
**Arrival Date :** 06/01/2004

**AMS COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| EMCU3024317 | 80 | • HOT METAL REAGENT HOT METAL REAGENT MG HOT METAL REAGENT FINAL DEST: SB BPRPN CORP. 20 DAVIS DRIVE BELLWOOS,ILLINOIS 60104 USA (20PLTS=80DRMS) THIS SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIALS TOTAL : 80 DRUMS OCEAN FREIGHT PREPAID SHIPPER"S LOAD COUNT |

**MARKS & NUMBERS**

| Container | Marks & Numbers |
|---|---|

**PIERS COMMODITIES**

**QTY :** 80
**Units :** DRS
**Commodity Description :** HOT METAL REAGENT
**Harm Code :** 382490
**JOC Code :** 4999997

Search Results (Detail)

**Search :** New Search

Print Close

**SHIPPER**

**CONSIGNEE**

**NOTIFY PARTIES**

**PACKAGING INFORMATION**

**Weight(kg) :** 16,559.89 kg
**Quantity :** 80 DRUMS
**Measure :** 20 CM
**TEUS :** 1.00

**SHIPMENT DETAIL**

**Carrier :** LLOYD TRIESTINO
**SCAC :** LTNV
**Vessel :** EVER GRADE
**Voyage :** 0119E
**B/L :** LTNV860401084650
**Pre Carrier :** TSINGTAO, CHINA
**Lloyd's Code :** 8208220
**Inbond Code :**
**Estimated Value :** $46,969.33

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 3002 TACOMA
**For Port :** 57047 QINGDAO
**US Dest :** CHICAGO
**For Dest :**
**Mode of Transport :** 10
**Arrival Date :** 07/26/2004

**AMS COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| GATU0007982 | 80 | • MG HOT METAL REAGENT MG HOT METAL REAGENT MG HOT METAL REAGENT FINAL DEST:SB BORON CORP. 20 DAVIS DRIVE BELLWOOD, ILLINOIS 60104 USA (80DRMS=20PLTS) TOTAL : 80 DRUMS OCEAN FREIGHT PREPAID SHIPPER"S LOAD COUNT |

**MARKS & NUMBERS**

| Container | Marks & Numbers |
|---|---|

**PIERS COMMODITIES**

**QTY :** 80
**Units :** DRS
**Commodity Description :** CHEM
**Harm Code :** 382490
**JOC Code :** 4999997

Search Results (Detail)

**Search :** New Search

Print Close

**SHIPPER**

**CONSIGNEE**

**NOTIFY PARTIES**

**PACKAGING INFORMATION**

**Weight(kg) :** 16,299.91 kg
**Quantity :** 80 DRUMS
**Measure :** 0
**TEUS :** 1.50

**SHIPMENT DETAIL**

**Carrier :** CHINA SHPG CONTAINER LINE
**SCAC :** CHNJ
**Vessel :** CSCL FELIXSTOWE
**Voyage :** 0037I
**B/L :** CHNJXTJCHI3J0141
**Pre Carrier :**
**Lloyd's Code :** 9227039
**Inbond Code :**
**Estimated Value :** $46,231.93

**Country of Origin :** PEOPLES REP OF CHINA
**Coastal Region :** West Coast
**US Port :** 3001 SEATTLE
**For Port :** 58023 BUSAN
**US Dest :** SEATTLE
**For Dest :**
**Mode of Transport :** 10
**Arrival Date :** 11/11/2004

**AMS COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| CCLU3251953 | 80 | • MG HOT METAL REAGENT HS CODE :81043000 METAL ARTICLES; SP ECIAL |

**MARKS & NUMBERS**

| Container | Marks & Numbers |
|---|---|

**PIERS COMMODITIES**

**QTY :** 80
**Units :** DRS
**Commodity Description :** HOT METAL REAGENT
**Harm Code :** 382490
**JOC Code :** 4999997

# **EXHIBIT 3**

**Reade Manufacturing Company**

# Memo

To: Mitchell L. Markovich

From: John E. McConaghie

CC: John L. Reeher

Date: 03/15/05

Re: Sample of Magnesium Powder

---

The sample of magnesium powder was received on Wednesday, February 23rd. The indication was that the powder came from Superior Industries. The sample was opened for initial visual inspection on 2-23-05 and the sealed (signed tape) until it was determined what was needed for testing. Visually the magnesium powder was fine in size, certainly –150 mesh and probably – 200 mesh. The material was shiny and did not appear oxidized.

The sample was opened again on Monday, February 28th in order to remove samples for independent testing. In addition, a sample was also drawn for size testing at Reade. The total quantity of the original sample was estimated at ~200 grams, based on weighing an empty quart can and the full one with the sample in it. The sample can was thoroughly mixed and samples drawn with a clean stainless steel spatula. Material was only withdrawn using the clean spatula. No sample splitter was used due to the possibility of contamination. The samples and quantities drawn from the original can were as follows:

| Sample To | Sample ID | Sample Weight |
|---|---|---|
| Chicago Spectro Service | SupFR-1-02-28-05 | 15 grams |
| Chicago Spectro Service | SupFR-3-02-28-05 | 15 grams |
| Chicago Spectro Service | SupFR-5-02-28-05 | 15 grams |
| Shiva Technologies USA | SupFR-2-02-28-05 | 5 grams |
| Shiva Technologies USA | SupFR-4-02-28-05 | 5 grams |
| Shiva Technologies USA | SupFR-6-02-28-05 | 5 grams |

In addition, two samples were drawn for Reade to perform particle size analysis on. One sample was 51 grams for rotap and density analysis and the second sample was 3 grams for Sedigraph analysis. We still have approximately 89 grams of the original sample left for further analysis. The remainder of the sample was resealed in the original can (signed tape).

Rotap analysis of the Reade sample over certified calibrated sieves gave the following results:

| Mesh Size (US) | Percent |
|---|---|
| +100 | Trace |
| +200 | 0.4 |
| +325 | 55.9 |
| -325 | 43.7 |

Density = 0.671 gm/cc

Note: Trace means that there were a few particles on the 100 mesh sieve, but the amount was too low to report (<0.1 after rounding). The particles on the 100 mesh appeared to be ball–like in appearance.

Based on sizing, this is a fine grade of magnesium powder suitable for military / other pyrotechnic applications. For reference, this material is much too fine for most other applications such as desulfurization, most chemical applications, or refractory applications. In fact, the fine sizing of the powder makes the material potentially dangerous due to the possibility of a dust suspension and extreme ease of ignition.

Attached is a copy of the sedigraph analysis. The sedigraph results revealed a range of particle sizes from ~85 micron (~170 Mesh) to ~18 micron (~635 Mesh). The average particle size (50%) was ~42 micron , which is slightly finer than 325 Mesh.

Lastly, a visual examination of a small amount from the Reade sample was done under the microscope. Visual examination revealed that the magnesium was (at least in part) produced by grinding. Irregular grooved particles of magnesium (evidence of grinding) were observed. There are other magnesium particles present that appear to be very round, possibly atomized (not able to confirm this). This material was not the product of either Reade Manufacturing Company or Hart Metals, based on particle shape and distribution.

John E. McConaghie

Reade Manufacturing Co.

SediGraph III V1.01 Unit 1 Serial Number: 157 Page 2

Sample: New Company
Operator: J.R.Kluge
Submitter:
File: C:\5120\DATA\000-043.SMP
Material/Liquid: magnesium / Isopropanol Ceritified ACS (Low water)
Measurement Principle: X-Ray monitored gravity sedimentation
Calculation Method: Stokes sedimentation and Beer's law of extinction

Test Number: Average
Analyzed: 3/4/2005 9:06:37AM
Reported: 3/4/2005 9:21:10AM
Liquid Visc: 1.4752 mPa·s
Analysis Temp: 35.0 °C
Full Scale Mass: 100.0 %

Analysis Type: Standard
Run Time: 0:03 hrs:min
Sample Density: 1.740 g/cm³
Liquid Density: 0.7736 g/cm³
Base/Full Scale: 98 / 82 kCnts/s

**Cumulative Finer Mass Percent vs. Diameter**

Average of All Tests
Test 1
Test 2
Cumulative Finer Mass Percent
100
90
80
70
60
50
40
30
20
10
0
100
50
10
5
Particle Diameter (µm)

**CHICAGO SPECTRO SERVICE LABORATORY, INC.**

**Spectrographic and Chemical Analysts**

**Metallurgists**

#0781-01

6245 S. OAK PARK AVE. • CHICAGO, IL 60638-4015
TELEPHONE: 773-229-0099 • FAX: 773-229-0313
EMAIL: chicagospectro@core.com

ANALYSIS REPORT FOR:

Reade Manufacturing Company
Attention: John Reeher
100 Ridgeway Blvd.
Manchester, NJ 08759

PURCHASE ORDER NO. 15755

DATE 3/8/05

Report Number: E2902

**SUBJECT:** Chemical composition of three (3) samples receivved 3/2/05

**SAMPLE IDENTIFICATION/DESCRIPTION:** SUP

**CHEMICAL COMPOSITION:**

| | FR-1 | FR-3 | FR-5 |
|---|---|---|---|
| Zinc | < 0.005 % | < 0.005 % | < 0.005 % |
| Manganese | 0.005 | 0.005 | 0.005 |
| Silicon | 0.1 | 0.1 | 0.1 |
| Copper | 0.005 | 0.005 | 0.005 |
| Nickel | 0.001 | 0.001 | 0.001 |
| Iron | 0.005 | 0.005 | 0.005 |
| Tin | < 0.005 | < 0.005 | < 0.005 |
| Sodium | < 0.005 | < 0.005 | < 0.005 |
| Lead | < 0.005 | < 0.005 | < 0.005 |
| Calcium | < 0.005 | < 0.005 | < 0.005 |
| Beryllium | < 0.001 | < 0.001 | < 0.001 |
| Chlorine | < 0.001 | < 0.001 | < 0.001 |
| Titanium | < 0.001 | < 0.001 | < 0.001 |
| Aluminum | < 0.001 | < 0.001 | < 0.001 |
| Phosphorus | < 0.005 | < 0.005 | < 0.005 |
| Magnesium | 99.8 | 99.8 | 99.8 |

**TEST METHOD:** ASTM E101; CSSL 10.4.2.; ASTM E62 Modified

**Page 1 of 1**

CHICAGO SPECTRO SERVICE LABORATORY, INC.

BY ____________

"THE FOREGOING REPORT IS FURNISHED BY US PURSUANT TO CONTRACT AND IN STRICT CONFIDENCE. NO PART HEREOF MAY BE REPRODUCED FOR PUBLICATION WITHOUT OUR PRIOR WRITTEN APPROVAL."

# CHICAGO SPECTRO SERVICE LABORATORY, INC.

**Spectrographic and Chemical Analysts**
**Metallurgists**

6245 S. OAK PARK AVE. • CHICAGO, IL 60638-4015
TELEPHONE: 773-229-0099 • FAX: 773-229-0313
EMAIL: chicagospectro@core.com

#0781-01

ANALYSIS REPORT FOR:

Reade Manufacturing Company
Attention: John Reeher
100 Ridgeway Blvd.
Manchester, NJ 08759

PURCHASE ORDER NO. 15755

DATE 3/11/05

Report Number: E2902

**SUBJECT:** Chemical composition of three (3) samples received 3/2/05

**SAMPLE IDENTIFICATION/DESCRIPTION:** SUP

**CHEMICAL COMPOSITION:**

| | FR-1 | FR-3 | FR-5 |
|---|---|---|---|
| Zinc | < 0.005 % | < 0.005 % | < 0.005 % |
| Manganese | 0.006 | 0.007 | 0.007 |
| Silicon | 0.09 | 0.07 | 0.07 |
| Copper | 0.004 | 0.003 | 0.004 |
| Nickel | 0.001 | < 0.001 | 0.001 |
| Iron | 0.005 | 0.004 | 0.005 |
| Tin | < 0.005 | < 0.005 | < 0.005 |
| Sodium | < 0.005 | < 0.005 | < 0.005 |
| Lead | < 0.005 | < 0.005 | < 0.005 |
| Calcium | < 0.005 | < 0.005 | < 0.005 |
| Beryllium | < 0.001 | < 0.001 | < 0.001 |
| Chlorine | < 0.001 | < 0.001 | < 0.001 |
| Titanium | < 0.001 | < 0.001 | < 0.001 |
| Phosphorus | < 0.005 | < 0.005 | < 0.005 |
| Aluminum | < 0.001 | < 0.001 | < 0.001 |
| Magnesium | 99.8 | 99.8 | 99.8 |

**TEST METHOD:** ASTM E101; CSSL 10.4.2.; ASTM E62 Modified

**Page 1 of 1**

CHICAGO SPECTRO SERVICE LABORATORY, INC.

BY________________

"THE FOREGOING REPORT IS FURNISHED BY US PURSUANT TO CONTRACT AND IN STRICT CONFIDENCE. NO PART HEREOF MAY BE REPRODUCED FOR PUBLICATION WITHOUT OUR PRIOR WRITTEN APPROVAL."

SHIVA TECHNOLOGIES
6707 Brooklawn Parkway
Syracuse, New York 13211

# ICP-OES
## ANALYTICAL REPORT

Telephone (315)431-990
FAX (315)431-980
E-mail info@shivatec.co

Customer: **Reade Manufacturing Co**
Date: 17-Mar-2005

P.O.# **R15754**
Job # UO1030

Customer ID: **Mg SupFR-4-02-28-05**

Shiva ID: U050309095

| Element | Concentration [ ppm wt ] | Element | Concentration [ ppm wt ] |
|---|---|---|---|
| Li | - | Pd | - |
| Be | - | Ag | - |
| B | - | Cd | - |
| C | - | In | - |
| N | - | Sn | - |
| O | - | Sb | - |
| F | - | Te | - |
| Na | - | I | - |
| Mg | Matrix | Cs | - |
| Al | 0.18 wt% | Ba | - |
| Si | 640 | La | - |
| P | - | Ce | - |
| S | - | Pr | - |
| Cl | - | Nd | - |
| K | - | Sm | - |
| Ca | - | Eu | - |
| Sc | - | Gd | - |
| Ti | - | Tb | - |
| V | - | Dy | - |
| Cr | - | Ho | - |
| Mn | 93 | Er | - |
| Fe | 150 | Tm | - |
| Co | - | Yb | - |
| Ni | 17 | Lu | - |
| Cu | - | Hf | - |
| Zn | 52 | Ta | - |
| Ga | - | W | - |
| Ge | - | Re | - |
| As | - | Os | - |
| Se | - | Ir | - |
| Br | - | Pt | - |
| Rb | - | Au | - |
| Sr | - | Hg | - |
| Y | - | Tl | - |
| Zr | - | Pb | - |
| Nb | - | Bi | - |
| Mo | - | Th | - |
| Ru | - | U | - |
| Rh | - | | |

NOTE : Elements not reported were not determined.

AN ISO 9002 Registered Company

Reviewed by [signature]

SHIVA TECHNOLOGIES
6707 Brooklawn Parkway
Syracuse, New York 13211

# ICP-OES
## ANALYTICAL REPORT

Telephone (315)431-990
FAX (315)431-980
E-mail info@shivatec.co

*Customer:* **Reade Manufacturing Co**
*Date:* 17-Mar-2005

*P.O.#* **R15754**
*Job #* UO1030

*Customer ID:* **Mg SupFR-2-02-28-05**

*Shiva ID:* U050309096

| Element | Concentration [ ppm wt ] | Element | Concentration [ ppm wt ] |
|---|---|---|---|
| Li | - | Pd | - |
| Be | - | Ag | - |
| B | - | Cd | - |
| C | - | In | - |
| N | - | Sn | - |
| O | - | Sb | - |
| F | - | Te | - |
| Na | - | I | - |
| Mg | Matrix | Cs | - |
| Al | 0.17 wt% | Ba | - |
| Si | 430 | La | - |
| P | - | Ce | - |
| S | - | Pr | - |
| Cl | - | Nd | - |
| K | - | Sm | - |
| Ca | - | Eu | - |
| Sc | - | Gd | - |
| Ti | - | Tb | - |
| V | - | Dy | - |
| Cr | - | Ho | - |
| Mn | 86 | Er | - |
| Fe | 140 | Tm | - |
| Co | - | Yb | - |
| Ni | 14 | Lu | - |
| Cu | - | Hf | - |
| Zn | 45 | Ta | - |
| Ga | - | W | - |
| Ge | - | Re | - |
| As | - | Os | - |
| Se | - | Ir | - |
| Br | - | Pt | - |
| Rb | - | Au | - |
| Sr | - | Hg | - |
| Y | - | Tl | - |
| Zr | - | Pb | - |
| Nb | - | Bi | - |
| Mo | - | Th | - |
| Ru | - | U | - |
| Rh | - | | |

NOTE : Elements not reported were not determined.

AN ISO 9002 Registered Company

Reviewed by ____________

SHIVA TECHNOLOGIES
6707 Brooklawn Parkway
Syracuse, New York 13211

# ICP-OES
## ANALYTICAL REPORT

Telephone (315)431-990
FAX (315)431-980
E-mail info@shivatec.co

Customer: **Reade Manufacturing Co**
Date: 17-Mar-2005

P.O.# R15754
Job # UO1030

Customer ID: **Mg SupFR-6-02-28-05**

Shiva ID: U050309097

| Element | Concentration [ ppm wt ] | Element | Concentration [ ppm wt ] |
|---|---|---|---|
| Li | - | Pd | - |
| Be | - | Ag | - |
| B | - | Cd | - |
| C | - | In | - |
| N | - | Sn | - |
| O | - | Sb | - |
| F | - | Te | - |
| Na | - | I | - |
| Mg | Matrix | Cs | - |
| Al | 0.17 wt% | Ba | - |
| Si | 330 | La | - |
| P | - | Ce | - |
| S | - | Pr | - |
| Cl | - | Nd | - |
| K | - | Sm | - |
| Ca | - | Eu | - |
| Sc | - | Gd | - |
| Ti | - | Tb | - |
| V | - | Dy | - |
| Cr | - | Ho | - |
| Mn | 84 | Er | - |
| Fe | 150 | Tm | - |
| Co | - | Yb | - |
| Ni | 17 | Lu | - |
| Cu | - | Hf | - |
| Zn | 45 | Ta | - |
| Ga | - | W | - |
| Ge | - | Re | - |
| As | - | Os | - |
| Se | - | Ir | - |
| Br | - | Pt | - |
| Rb | - | Au | - |
| Sr | - | Hg | - |
| Y | - | Tl | - |
| Zr | - | Pb | - |
| Nb | - | Bi | - |
| Mo | - | Th | - |
| Ru | - | U | - |
| Rh | - | | |

NOTE : Elements not reported were not determined.

AN ISO 9002 Registered Company

Reviewed by [signature]

**EXHIBIT 4**

# Mg Powder 5-1 to 11-15

**IMPORT BILL OF LADING DETAIL**

Date 11/15/2005



| SHIPPER | CONSIGNEE |
|---|---|
| CHINA NATIONAL NONFERROUS METAL<br>INDUSTRY TRADING GROUP CORP GENERTE<br>C PLAZA NO.90 XI SAN HUAN ZHONGLU<br>BEIJING 100055 CHINA | ADVANCED METAL POWDER INC<br>194 WEST FORD ST CHELMSFORD MA 0182<br>4 USA TEL:0019782563932<br>FAX:0019782504568 |

| NOTIFY PARTY | ALSO NOTIFY |
|---|---|
| ADVANCED METAL POWDER INC<br>194 WEST FORD ST CHELMSFORD MA 0182<br>4 USA TEL:0019782563932<br>FAX:0019782504568 | ORDER |

## PACKAGING INFORMATION

| | | | | |
|---|---|---|---|---|
| **Weight :** | 15,200.09 | KG | **Measurements:** | 0.00 |
| **Quantity :** | 80 | DRUMS | **TEU's :** | 1.42 |

## SHIPMENT DETAIL

| | | | | |
|---|---|---|---|---|
| **Carrier :** | HYUNDAI | **Country of Origin :** | PEOPLES REP OF CHINA | |
| **SCAC :** | HDMU | **Coastal Region :** | West Coast | |
| **Vessel :** | HYUNDAI EXPLORER | **US Port :** | 3002 | TACOMA |
| **Voyage :** | 0514E | **For Port :** | 5701 | HSINKANG |
| **B/L :** | HDMUXGTC0208479A | **US Dest :** | TACOMA | |
| **Pre Carrier :** | HSINKANG, CHINA (CN) | **For Dest :** | | |
| **Lloyd's Code :** | 8511299 | **Mode of Transport :** | 10 | |
| **Inbond Code :** | 00 | **Arrival Date :** | 08/09/2005 | |
| **Estimated Value :** | $29,117 | | | |

## AMS COMMODITIES

| Container | Qty | Description |
|---|---|---|
| HDMU2225501 | 80 | "SHIPPER''S LOAD, COUNT SEAL" 80 DRUMS MAGNESIUM POWDER CLASS:4.3 UN NO.:1418 THE DOOR:955 SAXONBURG BOULEVARD SAXONBURG, PA 16056, USA FREIGHT PREPAID |

## MARKS & NUMBERS

| Container | Marks&Number |
|---|---|
| HDMU2225501 | N/M |

10

*Note: Bills of lading that contain multiple commodities will list the total weight and TEU's for the entire bill of lading*

This listing contains information which is the property of the Journal of Commerce. It is provided for the exclusive use of our clients in accordance with our purchase agreement. It may not be sold or released for the benefit of a third party. Commonwealth Business Media, Inc., 33 Washington St., 13th Fl., Newark, NJ 07102

**EXHIBIT 5**

# Lost Business

## Chinese sample analysis vs. competing producers

### Magnesium Comparative Analysis

| | *Rec'd Sample* | | | *Producer's Typical Reported* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Chicago Spec Analysis | | | Pechiney | US Mg | DSM | Noranda | Avisma | Norsk | Timminco |
| Element | #1 | #2 | #3 | | | | | | | |
| Al | <.001 | <.001 | <.001 | 0.05 | 0.009 | 0.003 | 0.0018 | 0.003 | 0.006 | – |
| Si | 0.09 | 0.07 | 0.07 | 0.10 | <0.002 | 0.001 | 0.0055 | 0.002 | <.005 | – |
| Cu | 0.004 | 0.003 | 0.004 | 0.02 | 0.001 | 0.001 | <.001 | 0.001 | <.005 | 0.02 |
| Zn | <.005 | <.005 | <.005 | – | 0.001 | – | – | – | <.005 | – |
| Fe | 0.005 | 0.004 | 0.005 | 0.05 | 0.035 | 0.02 | 0.025 | 0.038 | 0.03 | – |
| Ni | 0.001 | <.001 | 0.001 | 0.002 | 0.0007 | <.001 | <.001 | <.001 | 0.001 | 0.002 |
| Ca | <.005 | <.005 | <.005 | – | 0.0007 | – | <.001 | <.001 | – | 0.01 |
| Mn | 0.006 | 0.007 | 0.007 | 0.10 | 0.007 | 0.002 | 0.002 | 0.005 | 0.065 | 0.10 |
| Sn | <.005 | <.005 | <.005 | – | <.010 | <.001 | 0.001 | <.001 | <.008 | 0.01 |
| Pb | <.005 | <.005 | <.005 | – | <.010 | <.001 | <.001 | 0.001 | <.008 | 0.01 |
| Na | <.005 | <.005 | <.005 | – | <.005 | 0.001 | 0.001 | 0.002 | – | – |

Mg content assumed by difference

# Lost Business

## Magnesium Comparative Analysis

| | Rec'd Sample from Flare Producer Chicago Spec Analysis 3/2/2005 | | | Samples Direct from China Chicago Spec Analysis 4/27/2006 | |
|---|---|---|---|---|---|
| Element | #1 | #2 | #3 | Sample #1 Ground | Sample #2 Atomized |
| Al | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 |
| Si | 0.09 | 0.07 | 0.07 | 0.08 | 0.08 |
| Cu | 0.004 | 0.003 | 0.004 | 0.005 | 0.003 |
| Zn | <.005 | <.005 | <.005 | <0.005 | <0.005 |
| Fe | 0.005 | 0.004 | 0.005 | 0.005 | 0.005 |
| Ni | 0.001 | <.001 | 0.001 | <0.001 | <0.001 |
| Ca | <.005 | <.005 | <.005 | <0.005 | <0.005 |
| Mn | 0.006 | 0.007 | 0.007 | 0.007 | 0.006 |
| Sn | <.005 | <.005 | <.005 | <0.005 | <0.005 |
| Pb | <.005 | <.005 | <.005 | <0.005 | <0.005 |
| Na | <.005 | <.005 | <.005 | <0.005 | <0.005 |

Mg content assumed by difference

Test Methods: ASTM E101, ASTM E62 Modified, CCSL 10.4.2

All testing performed independently by:
Chicago Spectro Service Laboratory, Inc.
6245 S. Oak Park Ave.
Chicago, IL 60638-4015