**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*.  )<br>READE MANUFACTURING,                       )<br>                    Plaintiffs,             )<br>         v.                                            )         CASE NO. 10-CV-504(S)<br>ESM GROUP, INC.,                            )<br>                    Defendant.            )<br>_____)  | |

## NOTICE OF SETTLEMENT

Reade Manufacturing, the *qui tam* Relator in this action, by the undersigned counsel, hereby notifies the Court that the Relator and Defendant have reached an agreement fully resolving any potential claims for attorneys' fees, costs, and reasonable expenses pursuant to 31 U.S. 3730(d).  Accordingly, the Defendant having fulfilled its obligations under the agreement, and Relator having now released Defendant from such claims, Relator will not be submitting any petition for fees, costs, and reasonable expenses.

Respectfully submitted,

/S/ Robert L. Vogel
Robert L. Vogel (RV-1527)
VOGEL, SLADE & GOLDSTEIN, LLP
1718 Connecticut Ave., NW, 7th Floor
Washington, DC 20009
Tel. 202-537-5904/Fax 202-537-5905
rvogel@vsg-law.com

Attorneys for Relator Reade Manufacturing

Dated:  May 1, 2015

## **CERTIFICATE OF SERVICE**

I, Robert L. Vogel, hereby certify that on this 1st day of May 2015, I served a copy of the foregoing Notice by filing it with the Court's ECF system and by sending a copy by electronic mail to counsel for Defendant ESM Group, Inc.

/S/ Robert L. Vogel
Robert L. Vogel (RV-1527)